

**FILED**

APR 29 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>United States Postal Service parcel addressed to Rhonda Mueller, 1062 Oak ST., Apt. 14, Bozeman, MT 59715-8731 | MJ 19-31-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1